IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT CARLEY and KRISTAL CARLEY, | |
| Plaintiff, | No. C 14-03147 JSW |
| v. | |
| WELLS FARGO BANK ET AL, | **ORDER REQUIRING FURTHER BRIEFING AND VACATING HEARING** |
| Defendant. | |

In the pending motion to dismiss Plaintiffs' complaint, Wells Fargo contends that each of Plaintiffs' claims are preempted by the Home Owners' Loan Act of 1933, 12 U.S.C. §§ 1461, *et seq.* ("HOLA"). Plaintiffs fail to respond to this contention in their opposition. Accordingly, the Court HEREBY ORDERS Plaintiffs to file a responsive brief by no later than September 19, 2014, not to exceed five pages addressing Defendant's HOLA preemption argument. The hearing on the motion currently set for September 12, 2014 is HEREBY VACATED and may be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated: September 8, 2014

                                                                  _____
                                                                  JEFFREY S. WHITE
                                                                  UNITED STATES DISTRICT JUDGE