Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers-Wraight (State Bar No. 261025)
swraight@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Attorneys for Defendant
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER WITH WELLS FARGO BANK SOUTHWEST N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT CARLEY; KRISTAL CARLEY,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO HOME MORTGAGE, Formerly Known As WORLD SAVINGS BANK; CAL-WESTERN RECONVEYANCE, LLC; DOES 1 – 50, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. 4:14-cv-03147-JSW<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed: June 9, 2014 |

1 Pursuant to the stipulation of Plaintiffs Clint and Kristal Carley and defendant Wells Fargo
2 Bank, N.A., successor by merger with Wells Fargo Bank Southwest N.A., formerly known as
3 Wachovia Mortgage FSB, formerly known as World Savings Bank FSB, and good cause appearing,
4 the Court hereby orders that the Case Management Conference is continued from October 17, 2014
5 to December 5, 2014 at 11:00 a.m.

6 IT IS SO ORDERED.

8 Dated: October 8, 2014                          _____
                                                  United States District Court Judge

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

2
PROPOSED ORDER
*Carley v. Wells Fargo Bank, et al.*, Case No. 4:14-cv-03147-JSW